## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYNNE T. SHIPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV327 |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART ASSOCIATES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff, Lynne Shipman's, Motion to Dismiss. (Filing No. 11).  The plaintiff's motion is granted.

**IT IS ORDERED:**

1.    That plaintiff's Motion to Dismiss (Filing No. 11) is granted;

2.    The Complaint and all claims are dismissed without prejudice; and

3.    The parties will bear their own costs and fees unless otherwise agreed between them.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge